UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RACHEL RUMARY, as an individual and
on behalf of all others similarly situated,

                  Plaintiff,

        v.

RINC MANAGEMENT, LLC, a New Jersey
limited liability company; RINC LLC, an
unknown entity; LARRY ROBBINS, an
individual; SARAHMAY ROBBINS, an
individual; and DOES 1 through 100,
inclusive,

                  Defendants.

No. 25-CV-9436 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On March 2, 2026, the Court was informed that the parties were engaging in private mediation. No later than May 27, 2026, the parties shall submit a letter updating the Court on the status of mediation.

SO ORDERED.

Dated:    May 20, 2026
          New York, New York

_____
Ronnie Abrams
United States District Judge