UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RACHEL RUMARY, *as an individual and on behalf of all others similarly situated*,

Plaintiff,

v.

RINC MANAGEMENT, LLC, *a New Jersey limited liability company*; RINC LLC, *an unknown entity*; LARRY ROBBINS, *an individual*; SARAHMAY ROBBINS, *an individual*; and DOES 1 through 100, *inclusive*,

Defendant.

25-CV-9436 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On July 9, 2026, the parties informed the Court that they intended to engage in private mediation on October 16, 2026. Dkt. 33. In light of the time that has elapsed since the scheduled mediation, the parties shall file a joint letter no later than October 26, 2026, updating the Court on the status of the mediation and informing the Court whether this case may be closed.

SO ORDERED.

Dated: October 20, 2026
New York, New York

Ronnie Abrams
United States District Judge